UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SEAN STENTIFORD,                        )
                                        )
                Plaintiff,              )
        v.                              )       Civil Action
                                        )       No. 13-10103-PBS
KINAN K. HREIB, STEPHEN E.              )
SOUTHARD, and DANIEL P. MCQUILLEN,      )
                                        )
                Defendants.             )
```

## VERDICT FORM

1.  **Was Stephen E. Southard, M.D., negligent in his care and treatment of Sean Stentiford?**

    Yes  ✓             No  _____

    *(If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No," please proceed to Question 3.)*

2.  **Was the negligence of Stephen E. Southard, M.D., a proximate cause of injury to Sean Stentiford?**

    Yes  ✓             No  _____

    *(Please proceed to Question 3.)*

1

3. **Was Kinan K. Hreib, M.D., negligent in his care and treatment of Sean Stentiford?**

   Yes ✓      No _____

   *(If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No," please proceed to Question 5.)*

4. **Was the negligence of Kinan K. Hreib, M.D., a proximate cause of injury to Sean Stentiford?**

   Yes ✓      No _____

   *(Please proceed to Question 5.)*

5. **Was Daniel P. McQuillen, M.D., in 2009 negligent in his care and treatment of Sean Stentiford?**

   Yes ✓      No _____

   *(If you answered "Yes" to Question 5, please proceed to Question 6. If you answered "No," please proceed to Question 7, but only if you answered Questions 2 and/or 4 as "Yes.")*

6. **Was the negligence of Daniel P. McQuillen, M.D., in 2009 a proximate cause of injury to Sean Stentiford?**

   Yes _____      No ✓

   *(If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No," please proceed to Question 7, but only if you answered Questions 2 and/or 4 as "Yes.")*

7. What amount of money do you award Sean Stentiford as full and fair compensation for his injuries and damages?

$18.4 MILLION DOLLARS
(Numerical figure)

EIGHTEEN POINT FOUR MILLION DOLLARS
(Please write out the figure in words.)

(Question 7 should be answered only if you answered Questions 2, 4, and/or 6 as "Yes.")

I certify that the jury unanimously concurs in the above answers.

06.18.18
DATE                FOREPERSON'S SIGNATURE

3